# EXHIBIT A

| IP Address | ISP | Date / Time (UTC) | Torrent File |
|---|---|---|---|
| 24.12.140.162 | Comcast Cable | 2010-12-01 03:02:16 PM | Gloryhole: Dayna Vendetta |
| 24.171.119.109 | Charter Communications | 2010-12-04 12:39:27 PM | Gloryhole: Dayna Vendetta |
| 24.7.216.152 | Comcast Cable | 2010-11-06 07:16:30 PM | Gloryhole: Dayna Vendetta |
| 67.163.5.160 | Comcast Cable | 2010-11-12 04:24:31 PM | Gloryhole: Dayna Vendetta |
| 67.165.144.67 | Comcast Cable | 2010-11-19 11:36:21 PM | Gloryhole: Dayna Vendetta |
| 67.167.229.183 | Comcast Cable | 2010-12-16 06:07:39 AM | Gloryhole: Dayna Vendetta |
| 68.57.206.87 | Comcast Cable | 2010-12-07 05:15:19 PM | Gloryhole: Dayna Vendetta |
| 71.239.109.152 | Comcast Cable | 2010-12-03 12:38:11 AM | Gloryhole: Dayna Vendetta |
| 72.69.217.209 | Verizon Online | 2010-12-02 01:28:39 AM | Gloryhole: Dayna Vendetta |
| 76.16.137.109 | Comcast Cable | 2011-01-01 12:46:15 AM | Gloryhole: Dayna Vendetta |
| 98.206.18.1 | Comcast Cable | 2010-12-16 05:59:42 AM | Gloryhole: Dayna Vendetta |
| 98.206.18.161 | Comcast Cable | 2010-12-04 04:44:12 AM | Gloryhole: Dayna Vendetta |
| 98.212.154.118 | Comcast Cable | 2010-12-04 01:44:13 AM | Gloryhole: Dayna Vendetta |
| 98.212.29.125 | Comcast Cable | 2010-12-07 07:38:31 PM | Gloryhole: Dayna Vendetta |
| 98.215.159.60 | Comcast Cable | 2010-12-10 08:31:45 AM | Gloryhole: Dayna Vendetta |
| 98.223.88.213 | Comcast Cable | 2010-12-01 03:16:56 PM | Gloryhole: Dayna Vendetta |
| 99.55.154.128 | AT&T Internet Services | 2010-12-01 11:43:42 PM | Gloryhole: Dayna Vendetta |