# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50062 | **DATE** | 3/30/2011 |
| **CASE TITLE** | MCGIP, LLC vs. DOES 1-17 | | |

**DOCKET ENTRY TEXT:**

Plaintiff's response [10] received. The court will not dismiss the case at this time. This matter is referred to the Honorable P. Michael Mahoney pursuant to Internal Operating Procedure (11d) for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|