**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MCGIP, LLC, ) | |
| ) | CASE NO.: 3:11-cv-50062 |
| Plaintiff, ) | |
| ) | Judge: Hon. Frederick J. Kapala |
| v. ) | |
| ) | Magistrate: Hon. P. Michael Mahoney |
| DOES 1 – 17, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendants in this action. Plaintiff has completed the early discovery process in this action and will pursue settlement discussions or separate actions, if necessary, against the remaining Doe Defendants. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

        Respectfully submitted,

        MCGIP, LLC

**DATED:** September 23, 2011

        By:    /s/ John Steele
                  John Steele (Bar No. 6292158)
                  Steele Hansmeier PLLC
                  1111 Lincoln Road, Suite 400
                  Miami Beach, FL 33139
                  Tel: (305) 748-2102
                  jlsteele@wefightpiracy.com
                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 23, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                                             /s/ John Steele
                                                                       JOHN STEELE