# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50062 | **DATE** | 9/26/2011 |
| **CASE TITLE** | MCGIP, LLC vs. Does 1-17 | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notices of dismissal [22] [23], the claim against Doe 6 is dismissed with prejudice; the claims against the remaining defendants are dismissed without prejudice. This case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|